1
2
3
4

## In the United States District Court for the District of Columbia

5

| | |
|---|---|
| Amanda U. Ajuluchuku, **Plaintiff** vs. **Chevy Chase Bank** **Defendant** | No 1:05-cv-02416-UNA **MOTION FOR RECONSIDERATION** Note on Calendar February 10, 2006 **AND** **NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED** 42 U.S.C. 12182, 42 U.S.C. 12203, and C.C. 3300; U.C.C. 1106(1)). |

6
7
8
9
10
11

To the Clerk's Office and Judge James Robertson's chambers    *Judge's copy*

12

Your Honor, I would like motion the court for a reconsideration as well as state why relief should be granted. As a Pro Se litigant, I am not knowledgeable of all the applicable laws. Most importantly, I file these lawsuits on behalf of all children, my son, and myself. Children are the most disabled. They lack the intellectual capacity and motor skills to defend themselves against predators. I am one of them. I was injured when I was a child. Every second, a child is molested, injured, starved, tortured, and kidnapped. Let's not forget that every minute, a child is murdered through abortion! Your Honor, you dismissed the above-captioned case without prejudice on December 12, 2005. Thank you, Your Honor.

In 1985, I founded my business to cater to the needs of all children globally. I have donated many items such as grand piano (Baldwin), two electrical piano, refrigerator, furniture, two microwave ovens, two TVs, vases of flowers, canned foods, millions of clothes from Nordstrom, Bloomingdales, May Co. Hecht's, Macy's, perfumes, cosmetics, magazines, thousands of movie tapes, thousands of cds, thousands of shoes etc to children in Africa, Europe, and America. I lived in these continents. I have lived in more than one thousand cities. I speak and write three languages fluently (English, French, and Ibo).

I hold a Bachelors degree in Accounting and Economics from City University of New York. I have taken more than eleven graduate classes, including MBA courses and A JD course. I was a straight A student in my MBA program. I am a CPA candidate.

AMANDA U. AJULUCHUKU

**MOTION FOR RECONSIDERATION/NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED**

2 Ajuluchuku vs. Chevy Chase Bank

Due to my disability, I tend to excel in Advanced projects as opposed to basic ones. Yet, many businesses, including Defendant discriminated against me because of my disability. Thank you, Your Honor.

### A). STATING WHY RELIEF SHOULD BE GRANTED

1).    42 U.S.C. 12182, 42 U.S.C. 12203, and C.C. 3300; U.C.C. 1106(1)).

### (a). Discrimination Based Upon Disability

42 U.S.C. 12182 The Americans with Disabilities Act of 1990 states that: "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages or accommodations of any place of public accommodation by any person who owns, leases or leases to, or operates a place of public accommodation.

42 U.S.C. 12203 of Americans with Disabilities Act of 1990 states that "It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or an account of his her having exercised or enjoyed, or an account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter."

### 74. Compensation of breach of contract where penalty stipulated for

C.C. 3300; U.C.C. 1106(1)). of the Contract Act of 1872 states that "When a contract has been broken, if a sum is named in the contract as the amount be paid in case of such breach, or if the contract contains any other stipulation by way of penalty, the party complaining of the breach is entitled, whether or not actual damage or loss or proved to have been caused thereby, to receive from the party who has broken the contract reasonable compensation not exceeding the amount so named or, as the case may be, the penalty stipulated for.

### Discrimination Based Upon National Origin

Cause of Action: 42 U.S.C. 2000 a (a). The Civil Rights Act 1964 states that "all persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU

**MOTION FOR
RECONSIDERATION/NOTICE OF
STATING WHY RELIEF SHOULD BE
GRANTED**