UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMANDA U. AJULUCHUKU, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-2416
)
CHEVY CHASE BANK, )
)
Defendant. )

## ORDER

This matter comes before the Court on plaintiff's motion for reconsideration. On December 15, 2005, the case was dismissed for failure to state a claim upon which relief can be granted. Plaintiff's current motion raises no additional facts or law that leads the Court to reconsider its decision. Accordingly, it is

**ORDERED** that the motion for reconsideration is **DENIED**.

_____
United States District Judge

DATE: 2/8/06